UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 18-1892-JGB (KKx)** | Date | November 7, 2019 |
| Title | *Jose Estrada v. Mirlan, et al.* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present                             None Present

**Proceedings:**   Order to Show Cause (IN CHAMBERS)

      On October 16, 2019 the Court issued an order granting in part and denying in part Plaintiff's motion for summary judgement. ("MSJ Order," Dkt. No. 46.) In the MSJ Order the Court noted that triable issues remain as to ongoing ADA violations related to the height of the bag clip and napkin dispensers. (Id. at 5, 10.) On October 28, 2019, the Court held a pretrial conference, at which counsel for Defendants did not appear. Counsel for Plaintiff represented that he would contact Counsel for Defendant and would file, by the end of the week, a stipulation to the dismiss the remaining claims regarding the height of the bag clips and napkins. Plaintiff did not file such a stipulation, but filed a motion for award of attorneys fees on October 30, 2019, which noted Counsel for Defendant did not respond to Plaintiff's attempts to meet and confer regarding the motion. (Dkt. No. 49 at 2.)

      The Court orders Plaintiff show cause in writing on or before **November 12, 2019** why the remaining claims have not been dismissed and why the mandatory pretrial documents have not been filed. The Court also orders Counsel for Defendant to show cause in writing, on or before **November 12, 2019**, why Defendant did not appear at the pretrial conference. Failure to respond to this Order or an inadequate response may result in sanctions, including dismissal.

**IT IS SO ORDERED.**